DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED

NOV - 6 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
JOSE E. ALVAREZ

Chapter 13
Case No. 05-3-5365 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $600.00 as follows:

Name and Address of Claimant
CLERK OF THE COURT FOR
JOSE E. ALVAREZ
2432 FOLSOM ST
SAN FRANCISCO, CA 94110

Unclaimed Refund
$600.00

Dated:   November 5, 2009

CECILIA MARCELO
Receipts Administrator